IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS NOLAN, SUCCESSOR
TRUSTEE OF THE EARLENE S.
NOLAN GRANTOR TRUST
U/T/A 12/17/04,

       Petitioner,

v.

CYNTHIA N. STEPHENS AND
BARRY E. DICKSON, JR., IN RE:
 THE GUARDIANSHIP OF
EARLENE S. NOLAN, AN
ALLEGED INCAPACITATED
PERSON,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2904

Opinion filed July 21, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Robert O. Beasley and Phillip A. Pugh of Litvak Beasley & Wilson, LLP, Pensacola, for Petitioner.

John Glassman and Lois B. Lepp, Pensacola, for Respondents (no appearances).

PER CURIAM.

      Petitioner seeks certiorari review of Order Denying Motion to Dismiss Petition

to Determine Incapacity and an Order Approving Emergency Petition to Continue

Trial. Petitioner has failed to demonstrate that the order results in irreparable harm that cannot be adequately remedied on appeal following rendition of a final order. Accordingly, the petition is dismissed.

ROBERTS, C. J., THOMAS and RAY, JJ., CONCUR.